# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-2392 |
| | § | |
| EMERICO ELIZONDO, Individually and | § | |
| d/b/a CASA BLANCA NIGHT CLUB, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Judgment is entered in favor of J&J Sports Productions, Inc., as broadcast licensee of the June 28, 2008 "Lethal Combination" Pacquiao/Diaz Event, against Emerico Elizondo, individually and d/b/a Casa Blanca Night Club, as follows:

      a.     statutory damages of $10,000;

      b.     additional damages of $10,000;

      c.     attorney's fees of $750.00;

      d.     costs of court; and

      e.     postjudgment interest at the rate of 0.12 % *per annum*.

This is a final judgment.

SIGNED on January 12, 2012, at Houston, Texas.

_Lee H. Rosenthal_
Lee H. Rosenthal
United States District Judge