# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. H-11-2392 |
| EMERICO ELIZONDO, Individually and d/b/a CASA BLANCA NIGHT CLUB, | § § § § |
| Defendant. | § |

## FINAL JUDGMENT

Judgment is entered in favor of J&J Sports Productions, Inc., as broadcast licensee of the June 28, 2008 "Lethal Combination" Pacquiao/Diaz Event, against Emerico Elizondo, individually and d/b/a Casa Blanca Night Club, as follows:

a. statutory damages of $10,000;

b. additional damages of $10,000;

c. attorney's fees of $750.00;

d. costs of court; and

e. postjudgment interest at the rate of 0.12 % *per annum*.

This is a final judgment.

SIGNED on January 12, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge